Herbert M. Wetzel, and Arthur Frankel, for plaintiff in error; Stephen N. Sira, Demetri M. Spiro, and L. B. Weir, of counsel; John Gutknecht, State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and Jordan Jay Hillman, Assistant State's Attorneys, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed March 24, 1954; rehearing denied April 21, 1954; released for publication April 22, 1954.

## Imogean L. Wood, Plaintiff-Appellee, v. Robert E. Reck, Defendant-Appellant.

### Gen. No. 10,716. (Abstract of Decision.)

O'Brien, Burnell & Puckett for appellant; William C. O'Brien, Wilson D. Burnell, Donald L. Puckett, and Joseph H. Barnett, of counsel; Allen, Matthews, Jordan & Dean, for appellee; John T. Matthews, and Everett Jordan, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed March 26, 1954; released for publication April 12, 1954.

169